NUMBER
13-05-399-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

REYES RODRIGUEZ,                                                 Appellant,

 

                                           v.

 

HENRY RODRIGUEZ,                                                  Appellee.

___________________________________________________________________

 

                  On
appeal from the 377th District Court

                           of
Victoria County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

               Before
Justices Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, REYES RODRIGUEZ, perfected an appeal from a
judgment entered by the 377th District Court of Victoria
County, Texas, in cause number 03-7-59,906-D.  After the record was filed and after the
cause was referred to mediation, appellant filed a motion to dismiss the
appeal.  In the motion, appellant states
that this case has been resolved. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 1st
day of June, 2006.